# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT CARL SHARP,

Defendant.

No. 15-CR-31-LRR

**ORDER**

_____

The matter before the court is Defendant Robert Carl Sharp's pro se "Motion to Compel" ("Motion") (docket no. 253), which Defendant filed on July 8, 2019. In the Motion, Defendant seeks "the [c]ourt to compel the [g]overnment to either seize the property located at 2732 Northgate Dr., Iowa City, Iowa . . . or give proper notice of its intention not to claim an ownership interest in and through seizure." Motion at 4.

Despite the fact that judgment entered on October 6, 2016 and the case is final, *see* Judgment (docket no. 222); Writ of Certiorari Denied (docket no. 252), and that the Motion lacks legal authority, the court **ORDERS** the government to **RESPOND** to the Motion by August 12, 2019.

**IT IS SO ORDERED**.

**DATED** this 10th day of July, 2019.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA